UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SCOTT JOHANNESSEN, <br> an individual, <br><br> Plaintiff, <br><br> v. <br><br> BAC HOME LOANS SERVICING, LP, <br> a limited partnership; <br> BANK OF AMERICA, N.A., <br> a corporation; and <br> QUALITY LOAN SERVICE CORP., <br> a corporation, <br><br> Defendants. | Civil Action No. 3:13-cv-00296 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.02, Plaintiff Scott Johannessen makes the following disclosure:

1. All parent corporations, if any, of Plaintiff: None.

2. All publicly held companies, if any, that own ten percent (10%) or more of Plaintiff's stock: None.

                                        Respectfully submitted,

                                  By:  /s/ *Scott D. Johannessen*
                                           Scott D. Johannessen, BPR # 26767
                                           LAW OFFICES OF SCOTT D. JOHANNESSEN
                                           3200 West End Avenue, Suite 500
                                           Nashville, TN 37203
                                           Telephone: 877.863.5400
                                           Facsimile:  877.863.5401
                                           E-Mail:    scott@sdjnet.com
                                           Web:      www.sdjnet.com

                                           *Attorney for Plaintiff, in Propria Persona*

Johannessen v. BAC Home Loans, et al.     Page | 1     Corporate Disclosure Statement

Case 3:13-cv-00296   Document 4   Filed 04/09/13   Page 1 of 2 PageID #: 310

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on the 9th day of April, 2013, she caused a true and correct copy of the foregoing document to be delivered to the persons/entities identified below via United States first class mail, postage prepaid:

| | |
|---|---|
| Bank of America, N.A.<br>BAC Home Loans Servicing, LP<br>Bank of America Center<br>100 N. Tryon St.<br>Charlotte, NC 28255 | BAC Home Loans Servicing, LP<br>Bank of America, N.A.<br>TX2-982-03-03<br>7105 Corporate Drive<br>Plano, TX 75024 |

Quality Loan Service Corporation
2141 Fifth Avenue
San Diego, CA 92101

                                                      By:   /s/*Lorrie A. Johannessen*
                                                            Lorrie A. Johannessen