IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SCOTT JOHANNESSEN      )<br>                            )<br>    Plaintiff,          )<br>                            )<br>v.                          )<br>                            )<br>BAC HOME LOANS SERVICING, LP, a )<br>limited partnership.; BANK OF AMERICA, )<br>N.A., a corporation; and QUALITY LOAN )<br>SERVICE CORP., a corporation,          )<br>                            )<br>    Defendants.         )  | Case No. 3:13-cv-00296<br><br>Judge: Haynes<br><br>Magistrate Judge: Griffin |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.01, the undersigned, H. Frederick Humbracht, Jr., files this Notice of Appearance on behalf of Bank of America, N.A.[1]

                            Respectfully submitted,

                            */s/H. Frederick Humbracht*
                            H. Frederick Humbracht (No. 2993)
                            BRADLEY ARANT BOULT CUMMINGS LLP
                            1600 Division Street, Suite 700
                            Nashville, Tennessee 37203
                            Telephone: (615) 252-2371
                            Facsimile: (615) 252-6371
                            rhumbracht@babc.com

                            *Attorneys for Defendant Bank of America, N.A.*

---

[1] BAC Home Loans Servicing, LP was merged into Bank of America, N.A. on July 1, 2011 and Bank of America N.A., is the successor by merger.

1

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is being is being served via the Court's ECF system on this the 30th day of April, 2013, on:

Scott D. Johannessen
3200 West End Avenue
Suite 500
Nashville, TN 37203

                                           */s/H. Frederick Humbracht*
                                              H. Frederick Humbracht

7/3122718.1

Case 3:13-cv-00296   Document 11   Filed 04/30/13   Page 2 of 2 PageID #: 335