IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SCOTT JOHANNESSEN and MERIDIAN VENTURE PARTNERS LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CIVIL ACTION FILE NO. |
| BAC HOME LOANS SERVICING LP, BANK OF AMERICA, N.A., and QUALITY LOAN SERVICE CORPORATION, | ) ) ) ) ) | 3:13-CV-296<br><br>Judge Haynes<br>Magistrate Judge Griffin |
| Defendants. | ) | |

## DEFENDANT QUALITY LOAN SERVICE CORPORATION'S MOTION TO DISMISS COMPLAINT

COMES NOW Defendant Quality Loan Service Corporation, while preserving and not waiving any defenses under FRCP 12(b), including without limitation all improper venue, insufficiency of process, and insufficiency of service of process defenses, and files this its Motion to Dismiss Complaint pursuant to FRCP 12(b)(6). A memorandum in support of this Motion is annexed hereto.

This 27th day of June, 2013.

                MCCURDY & CANDLER, L.L.C.

         By: /s/Frank R. Olson
             TN BPR # 23999
             Attorneys for Defendant Quality Loan Service
             Corporation

Six Piedmont Center, Suite 700
3525 Piedmont Road, N.E.
Atlanta, GA 30305
(404) 214-5829
folson@mccurdycandler.com

                                      MCCURDY & CANDLER, L.L.C.

                                      /s/Robert J. Wilkinson
                                      TN BPR # 15083
                                      Attorneys for Defendant Quality Loan Service Corporation

1110 Market Street
Suite 400
Chattanooga, TN 37402
(423) 308-0757
jwilkinson@mccurdycandler.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is being is being served via the Court's ECF system on this the 27 day of June, 2013, upon:

Scott D. Johannessen
3200 West End Avenue
Suite 500
Nashville, TN 37203

H. Frederick Humbracht
Bradley Arant Boult Cummings
Roundabout Plaza
1600 Division Street
Suite 700
Nashville, TN 37203

This 27 day of June, 2013.

/s/Frank R. Olson
TN BPR # 23999
Attorneys for Defendant Quality Loan Service Corporation

Six Piedmont Center, Suite 700
3525 Piedmont Road, N.E.
Atlanta, GA 30305
(404) 214-5829
folson@mccurdycandler.com