UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SCOTT JOHANNESSEN; <br> MERIDIAN VENTURE PARTNERS LLC, <br> a limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> BAC HOME LOANS SERVICING, LP, <br> a limited partnership; BANK OF AMERICA, <br> N.A., a corporation; and QUALITY LOAN <br> SERVICE CORP., a corporation, <br><br> Defendants. | Case No. 3:13-cv-00296 <br><br> Chief Judge William J. Haynes, Jr. |

## JOINT MOTION AND STIPULATION TO STAY PROCEEDINGS

The parties hereto, by and through their respective undersigned counsel, have stipulated to and respectfully request from this Court a stay of all proceedings herein for a period of thirty (30) days from the date of entry of the Court's Order hereon (the "Stay"). The Stay is requested so as to facilitate pending settlement discussions by and amongst the parties hereto.

Good cause appearing, it is so ORDERED.

ENTERED this 5th day of July, 2013.

WILLIAM J. HAYNES, JR.
United States Chief District Court Judge

Page | 1

Case 3:13-cv-00296   Document 40   Filed 07/03/13   Page 1 of 3 PageID #: 810
Case 3:13-cv-00296   Document 41   Filed 07/05/13   Page 1 of 1 PageID #: 813