IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SCOTT JOHANNESSEN and MERIDIAN VENTURE PARTNERS LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CIVIL ACTION FILE NO. |
| BAC HOME LOANS SERVICING LP, BANK OF AMERICA, N.A., and QUALITY LOAN SERVICE CORPORATION, | ) ) ) ) ) | 3:13-CV-296<br><br>Judge Haynes<br>Magistrate Judge Griffin |
| Defendants. | ) ) | |

**DEFENDANT QUALITY LOAN SERVICE CORPORATION'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS COMPLAINT**

COMES NOW Defendant Quality Loan Service Corporation, while preserving and not waiving any defenses under FRCP 12(b), including without limitation all improper venue, insufficiency of process, and insufficiency of service of process defenses, and moves for leave to file a Reply Brief in support of its Motion to Dismiss under LR 7.01(b).

This 25 day of September, 2013.

MCCURDY & CANDLER, L.L.C.

By: /s/Frank R. Olson
TN BPR # 23999
Attorneys for Defendant Quality Loan Service Corporation

Six Piedmont Center, Suite 700
3525 Piedmont Road, N.E.
Atlanta, GA 30305
(404) 214-5829
folson@mccurdycandler.com

MCCURDY & CANDLER, L.L.C.

/s/Robert J. Wilkinson
TN BPR # 15083
Attorneys for Defendant Quality Loan Service
Corporation

1110 Market Street
Suite 400
Chattanooga, TN 37402
(423) 308-0757
jwilkinson@mccurdycandler.com

2

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is being is being served via the Court's ECF system upon:

Scott D. Johannessen
3200 West End Avenue
Suite 500
Nashville, TN 37203

H. Frederick Humbracht
Bradley Arant Boult Cummings
Roundabout Plaza
1600 Division Street
Suite 700
Nashville, TN 37203

This 25 day of September, 2013.

/s/Frank R. Olson
TN BPR # 23999
Attorneys for Defendant Quality Loan Service Corporation

Six Piedmont Center, Suite 700
3525 Piedmont Road, N.E.
Atlanta, GA 30305
(404) 214-5829
folson@mccurdycandler.com