UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SCOTT JOHANNESSEN; §
MERIDIAN VENTURE PARTNERS LLC, §
a limited liability company, §
§
    Plaintiffs, § Case No. 3:13-cv-00296
§
v. § Chief Judge William J. Haynes, Jr.
§
BAC HOME LOANS SERVICING, LP, §
a limited partnership; BANK OF AMERICA, §
N.A., a corporation; and QUALITY LOAN §
SERVICE CORP., a corporation, §
§
    Defendants. §

PLAINTIFFS' MOTION FOR
MEDIATION OR EARLY NEUTRAL EVALUATION

*[Handwritten annotation: ORDER. This motion is GRANTED. Pus [Case?] referred to Judge Bryant to conduct a settlement conference. William [Haynes?] 9-27-13]*

    Pursuant to Local Rule 16.02, Plaintiffs hereby move the Court to refer the parties to court-supervised alternative dispute resolution ("ADR"), i.e., mediation or early neutral evaluation, in this case to attempt to resolve this matter. Plaintiffs respectfully request that the court-supervised ADR process be scheduled at the mutual convenience of the parties and the Court.

    In support of this Motion, Plaintiffs would state that choice of court-supervised alternative dispute resolution in this case could be effective in the speedy, just, prompt and inexpensive resolution of litigation and this matter may become less conducive to settlement as the parties incur additional legal expenses.

Respectfully submitted,

By: /s/ *Scott D. Johannessen*
    Scott D. Johannessen, BPR # 26767
    LAW OFFICES OF SCOTT D. JOHANNESSEN
    3200 West End Avenue, Suite 500
    Nashville, TN 37203
    Telephone: 877.863.5400
    E-Mail: scott@sdjnet.com
    Web: www.sdjnet.com

*Attorney for Plaintiffs*