UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SCOTT JOHANNESSEN, *et al.*,       )
                                   )
          Plaintiffs               )
                                   )    No. 3:13-0296
v.                                 )    Judge Haynes/Bryant
                                   )    **Jury Demand**
BAC HOME LOANS SERVICING, LP,      )
BOARD OF EDUCATION, *et al.*,      )
                                   )
          Defendants               )

<u>**O R D E R**</u>

The undersigned Magistrate Judge conducted a settlement conference in this case on October 25, 2013. The parties and their respective representatives met, negotiated in good faith and agreed to a compromised settlement of all claims against BAC Home Loans Servicing, LP and Bank of America, N.A. The parties did not agree to a settlement of claims against Quality Loan Service Corp.

Counsel for Plaintiffs and the settling Defendants shall file a stipulation and proposed order of dismissal by **November 15, 2013**.

The **Clerk** is directed to return this file to the Chief Judge.

It is so **ORDERED**.

/s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge