IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SCOTT JOHANNESSEN and MERIDIAN VENTURE PARTNERS LLC, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) CIVIL ACTION FILE NO. ) |
| BAC HOME LOANS SERVICING LP, BANK OF AMERICA, N.A., and QUALITY LOAN SERVICE CORPORATION, | ) 3:13-CV-296 ) ) Judge Haynes ) Magistrate Judge Griffin ) |
| Defendants. | ) ) |

*ORDER: This motion is GRANTED. [signature] US DJ 12-13-13*

### DEFENDANT QUALITY LOAN SERVICE CORPORATION'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS COMPLAINT

COMES NOW Defendant Quality Loan Service Corporation, while preserving and not waiving any defenses under FRCP 12(b), including without limitation all improper venue, insufficiency of process, and insufficiency of service of process defenses, and moves for leave to file a Reply Brief in support of its Motion to Dismiss under LR 7.01(b).

This 25 day of September, 2013.

                                              MCCURDY & CANDLER, L.L.C.

                          By:    /s/Frank R. Olson
                                TN BPR # 23999
                                Attorneys for Defendant Quality Loan Service
                                Corporation

Six Piedmont Center, Suite 700
3525 Piedmont Road, N.E.
Atlanta, GA 30305
(404) 214-5829
folson@mccurdycandler.com