UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SCOTT JOHANNESSEN;<br>MERIDIAN VENTURE PARTNERS LLC,<br>a limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>BAC HOME LOANS SERVICING, LP,<br>a limited partnership; BANK OF AMERICA,<br>N.A., a corporation; and QUALITY LOAN<br>SERVICE CORP., a corporation,<br><br>Defendants. | § § § § § § § § § § § § § § | Case No. 3:13-cv-00296<br><br>Chief Judge William J. Haynes, Jr. |

*ORDER*
*This motion*
*is GRANTED*
*[signature]*
*12-18-13*

## MOTION FOR TEMPORARY STAY OF FURTHER PROCEEDINGS
## PENDING NOTIFICATION OF RESULTS OF SETTLEMENT CONFERENCE

Plaintiffs hereby respectfully request that this Court stay all further proceedings in this case pending notification of the results of the court-supervised Settlement Conference held before Magistrate Judge John S. Bryant on October 25, 2013, and in which plaintiffs and defendant Bank of America, N.A. ("BANA"), successor by merger with BAC Home Loans Servicing, L.P., f/k/a Countrywide Home Loans Servicing, L.P., participated (DEs 58).[1]

Plaintiffs respectfully submit that good cause exists to temporarily stay further proceedings herein since (1) on December 13, 2013, the Court granted Quality Loan's *Motion for Leave to File Reply Brief* (DE 60), thus implying that this case is again proceeding without the Court first being notified as to the final results of the Settlement Conference; (2) as a consequence of the Settlement Conference plaintiffs' existing and potential claims against Quality Loan have been procedurally and substantively altered and, thus, will provide plaintiffs good cause to seek leave to file an amended complaint against Quality Loan

---

[1] Defendant Quality Loan Service Corporation ("Quality Loan") also participated in the Settlement Conference. However, the claims plaintiffs have asserted against Quality Loan in this case survive and remain extant notwithstanding the results of any settlement discussions by and between plaintiffs and BANA.