UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SCOTT JOHANNESSEN; <br> MERIDIAN VENTURE PARTNERS LLC, <br> a limited liability company, <br> <br> Plaintiffs, <br> <br> v. <br> <br> BAC HOME LOANS SERVICING, LP, <br> a limited partnership; BANK OF AMERICA, <br> N.A., a corporation; and QUALITY LOAN <br> SERVICE CORP., a corporation, <br> <br> Defendants. | Case No. 3:13-cv-00296 <br> <br> Chief Judge William J. Haynes, Jr. |

## STIPULATION OF DISMISSAL

Plaintiffs Scott Johannessen and Meridian Venture Partners LLC and defendant Bank of America, N.A., successor by merger with BAC Home Loans Servicing, L.P., f/k/a Countrywide Home Loans Servicing, L.P. ("BANA") have settled their claims and disputes amongst one another in the above-referenced action without any admission of fault or liability on either of their respective parts and, accordingly, by and through their undersigned counsel of record have stipulated to the dismissal, with prejudice, of BANA as a party hereto. This dismissal is without prejudice to any rights or remedies at law or in equity as to any other person, entity or party not otherwise expressly released pursuant to the parties' settlement agreement. All such rights and remedies are expressly preserved.

Good cause appearing, it is so ORDERED.

ENTERED this ___ day of _____, 2014.

_____
WILLIAM J. HAYNES, JR.
United States Chief District Court Judge

SUBMITTED FOR ENTRY BY:

By: /s/ *Scott D. Johannessen*

    Scott D. Johannessen, BPR # 26767
    LAW OFFICES OF SCOTT D. JOHANNESSEN
    3200 West End Avenue, Suite 500
    Nashville, TN 37203
    Telephone: 877.863.5400
    E-Mail: scott@sdjnet.com
    Web: www.sdjnet.com

    *Attorney for Plaintiffs*


By: /s/ *H. Frederick Humbracht*

    H. Frederick Humbracht , BPR # 2993
    BRADLEY ARANT BOULT CUMMINGS LLP
    1600 Division Street, Suite 700
    Nashville, TN 37203
    Telephone: 615.252.2371
    E-Mail: rhumbracht@babc.com
    Web: www.babc.com

    *Attorney for Defendant Bank of America, N.A.*


## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.01, the undersigned hereby certifies that on the 8th day of January 2014 she caused a true and correct copy of the following document:

STIPULATION OF DISMISSAL

to be delivered to the following persons/entities appearing of record herein via electronic mail through the Court's ECF system:

| | |
|---|---|
| H. Frederick Humbracht | Frank R. Olson |
| Bradley Arant Boult Cummings LLP | McCurdy & Candler, LLC |
| 1600 Division Street, Suite 700 | Six Piedmont Center, Suite 700 |
| Nashville, TN 37203 | 3525 Piedmont Road, N.E. |
| | Atlanta, GA 30305 |

                By: /s/*Lorrie A. Johannessen*
                     Lorrie A. Johannessen