UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SCOTT JOHANNESSEN;<br>MERIDIAN VENTURE PARTNERS LLC,<br>a limited liability company,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BAC HOME LOANS SERVICING, LP,<br>a limited partnership; BANK OF AMERICA,<br>N.A., a corporation; and QUALITY LOAN<br>SERVICE CORP., a corporation,<br><br>　　　　Defendants. | Case No. 3:13-cv-00296<br><br>Chief Judge William J. Haynes, Jr. |

## STIPULATION OF DISMISSAL

Plaintiffs Scott Johannessen and Meridian Venture Partners LLC and defendant Bank of America, N.A., successor by merger with BAC Home Loans Servicing, L.P., f/k/a Countrywide Home Loans Servicing, L.P. ("BANA") have settled their claims and disputes amongst one another in the above-referenced action without any admission of fault or liability on either of their respective parts and, accordingly, by and through their undersigned counsel of record have stipulated to the dismissal, with prejudice, of BANA as a party hereto. This dismissal is without prejudice to any rights or remedies at law or in equity as to any other person, entity or party not otherwise expressly released pursuant to the parties' settlement agreement. All such rights and remedies are expressly preserved.

　　　Good cause appearing, it is so ORDERED.

　　　ENTERED this 9th day of January, 2014.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM J. HAYNES, JR.
　　　　　　　　　　　　　　　　　　　　　　　United States Chief District Court Judge