IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SCOTT JOHANNESSEN and MERIDIAN VENTURE PARTNERS LLC, ) ) ) Plaintiffs, ) ) vs. ) ) ) QUALITY LOAN SERVICE ) CORPORATION, ) ) Defendant. ) | CIVIL ACTION FILE NO. 3:13-CV-296 Judge Haynes Magistrate Judge Griffin |

### DEFENDANT'S MOTION FOR CLARIFICATION OF THE COURT'S JANUARY 10, 2014 ORDER

COMES NOW Defendant, and respectfully seeks clarification of the Court's order dated January 10, 2014 [D.E. # 65] which denied "as moot" Quality Loan Service Corporation's Motion to Dismiss the Amended Complaint [D.E. # 39].

Defendant respectfully seeks clarification from the Court as to why its Motion to Dismiss the Amended Complaint became "moot". It is the Defendant's understanding that Bank of America's own Motion to Dismiss [D.E. # 37] was denied "as moot" [D.E. # 59] because Bank of America and Plaintiffs had settled the case at the court-ordered mediation, but no such settlement has occurred as among Plaintiffs and Defendant Quality Loan Service Corporation, and consequently, Defendant Quality Loan Service Corporation respectfully submits that its Motion to Dismiss should be considered on its merits.

*[Handwritten note:]* This motion is GRANTED. The Defendant's motion (D/E No 39) is REINSTATED. The Order (D/E No 65) is set aside.

*[Signature]* 2-25-14